EDWARD ROTH, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Respondent having consented thereto in open court, an order will be made discontinuing this appeal upon the following terms: That the facts in the complaint in the California action may be pleaded as a defense and counterclaim in the New York action to recover disability benefits, with the same force and effect as if originally pleaded, with right in respondent to plead any other defense in said action it may be advised; defendant's said counterclaim, being for equitable relief, is to be tried first; appellant to file within five days from the service of a copy of the order herein a stipulation consenting to discontinue the appeal upon the above terms. In the event that such stipulation is filed, the California action will be stayed. If appellant fail to file such stipulation, the judgment is unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. Settle order on two days' notice.

ISIDORE ROTHBERG, Respondent, v. BLUMA SLAVIN, Appellant, and METROPOLITAN LIFE INSURANCE COMPANY, Defendant.— Order striking out the separate defense contained in the answer of defendant Slavin affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ARTHUR F. STRANG, as Administrator, etc., of BERTHA S. STRANG, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.*— Judgment and order of the City Court of Yonkers affirmed, with costs. No opinion. Young, Tompkins and Davis, JJ., concur; Lazansky, P. J., with whom Hagarty, J., concurs, dissents upon the following grounds: (1) There was no proof that plaintiff filed proofs of death. (2) Exhibits E and F for identification should have been admitted at the instance of defendant. Admissions in these papers, made by plaintiff as an individual, are binding on him as administrator.

GRACE V. EVENSEN, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Proceeding dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

RAENOLA SPERLING, Appellant, v. INECTO, INC., Respondent. HARRY SPERLING, Appellant, v. INECTO, INC., Respondent.— Motion for reargument granted and the case set down for Friday, May 12, 1933, to be argued when reached. Motion for leave to appeal to the Court of Appeals denied. Stay continued pending the determination on the reargument. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See 237 App. Div. 835.]

* Revd., 263 N. Y. 71.